UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEATRICAL DRIVERS AND HELPERS LOCAL UNION NO. 817 INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>　　　　　　　　　　　　　　Plaintiff,<br>　　　-v-<br><br>BNM PRODUCTION SERVICES, INC.,<br>*doing business as* "RICKY RUSH,"<br><br>　　　　　　　　　　　　　　Defendant. | 20 Civ. 791 (PAE)<br><br>ORDER OF<br>DISMISSAL |

PAUL A. ENGELMAYER, District Judge:

On January 15, 2021, the Court issued an Order to Show Cause, instructing plaintiff, by January 25, 2021, to show cause why this action should not be dismissed in light of its failure to serve defendant. Dkt. 12. Plaintiff has not made any such filing. Accordingly, under Federal Rule of Civil Procedure 41 and the Court's inherent power, *see Link v. Wabash R.R.*, 370 U.S. 626, 630–32 (1962), the Court hereby dismisses this case, without prejudice, for failure to prosecute and failure to timely serve.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Engelmayer
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: January 28, 2021
　　　　New York, New York

1